FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NOV 1 5 2016

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 16-4358 MV |
| ) | |
| vs. ) | Count 1: 18 U.S.C. §§ 922(g)(1) and |
| ) | 924(a)(2): Felon in Possession of a Firearm |
| MATHIAS MORA, ) | and Ammunition; |
| ) | |
| Defendant. ) | Counts 2-8: 8 U.S.C. § 1324 (a)(1)(A)(ii): |
| ) | Transporting Illegal Aliens. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about October 27, 2016, in Bernalillo County, in the District of New Mexico, the defendant, **MATHIAS MORA**, having been convicted of the following felony crimes punishable by imprisonment for a term exceeding one year:

(1)   receiving stolen property, and

(2)   possession of precursor chemicals with intent to manufacture methamphetamine,

knowingly possessed, in and affecting commerce, firearms:

(1)   a Smith and Wesson, model MP-15, .223 caliber rifle, serial number SW73573,

(2)   a Stag Arms, model 15, .223 caliber rifle, serial number 146415,

(3)   a Stag Arms, model 15, .223 caliber rifle, serial number 197621,

(4)   a Smith and Wesson, model 4506, .45 caliber pistol, serial number TDL6116.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Count 2

On or about October 27, 2016, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendant, **MATHIAS MORA,** knowingly and in reckless disregard of the fact that J.M., an alien, had come to, entered and remained in the United States in violation of the law, did transport and move said alien by means of transportation, namely by tractor-trailer truck, in furtherance of such violation.

In violation of 8 U.S.C. § 1324(a)(1)(A)(ii).

Count 3

On or about October 27, 2016, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendant, **MATHIAS MORA,** knowingly and in reckless disregard of the fact that J.G., an alien, had come to, entered and remained in the United States in violation of the law, did transport and move said alien by means of transportation, namely by tractor-trailer truck, in furtherance of such violation.

In violation of 8 U.S.C. § 1324(a)(1)(A)(ii).

Count 4

On or about October 27, 2016, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendant, **MATHIAS MORA,** knowingly and in reckless disregard of the fact that M.T., an alien, had come to, entered and remained in the United States in violation of the law, did transport and move said alien by means of transportation, namely by tractor-trailer truck, in furtherance of such violation.

In violation of 8 U.S.C. § 1324(a)(1)(A)(ii).

Count 5

On or about October 27, 2016, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendant, **MATHIAS MORA,** knowingly and in reckless disregard of the fact that R.L, an alien, had come to, entered and remained in the United States in violation of the law, did transport and move said alien by means of transportation, namely by tractor-trailer truck, in furtherance of such violation.

In violation of 8 U.S.C. § 1324(a)(1)(A)(ii).

Count 6

On or about October 27, 2016, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendant, **MATHIAS MORA,** knowingly and in reckless disregard of the fact that J.C., an alien, had come to, entered and remained in the United States in violation of the law, did transport and move said alien by means of transportation, namely by tractor-trailer truck, in furtherance of such violation.

In violation of 8 U.S.C. § 1324(a)(1)(A)(ii).

Count 7

On or about October 27, 2016, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendant, **MATHIAS MORA,** knowingly and in reckless disregard of the fact that M.I., an alien, had come to, entered and remained in the United States in violation of the law, did transport and move said alien by means of transportation, namely by tractor-trailer truck, in furtherance of such violation.

In violation of 8 U.S.C. § 1324(a)(1)(A)(ii).

Count 8

On or about October 27, 2016, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendant, **MATHIAS MORA,** knowingly and in reckless disregard of the fact that S.G., an alien, had come to, entered and remained in the United States in violation of the law, did transport and move said alien by means of transportation, namely by tractor-trailer truck, in furtherance of such violation.

In violation of 8 U.S.C. § 1324(a)(1)(A)(ii).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

4